**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Green Wizard Tire Recyclers, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0701653** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3515 E. Columbus Drive**<br>**Tampa, FL 33605**<br>Number, Street, City, State & ZIP Code | **3433 Lithia Pinecrest Road**<br>**Valrico, FL 33596-6302**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Green Wizard Tire Recyclers, LLC**  Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Green Wizard Tire Recyclers, LLC**  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Green Wizard Tire Recyclers, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 15, 2017**
MM / DD / YYYY

X **/s/ Edward Beauchaine**                              **Edward Beauchaine**
Signature of authorized representative of debtor         Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ David W. Steen**                                Date **August 15, 2017**
Signature of attorney for debtor                         MM / DD / YYYY

**David W. Steen**
Printed name

**David W. Steen, P. A.**
Firm name

**2901 W. Busch Boulevard**
**Suite 311**
**Tampa, FL 33618**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 251-3000**      Email address  **dwsteen@dsteenpa.com**

**221546**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Green Wizard Tire Recyclers, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Applied Industrial Tech.** 9324 Florida Palm Drive Tampa, FL 33619 | | | | | | $3,998.38 |
| **City of Tampa** 315 Kennedy Boulevard 5th Floor Tampa, FL 33602 | | Code Enforcement | | | | $0.00 |
| **Direct Capital** 155 Commerce Way Portsmouth, NH 03801 | | | | | | $40,000.00 |
| **ENGS Commercial Finance** 2441 Warrensville Road Suite 310 Lisle, IL 60532 | | Repossession of company vehicle (truck was sold) balance uncertain | | | | $0.00 |
| **HERC Rentals Inc.** 27500 Riverview Center Blvd Bonita Springs, FL 34134 | | | | | | $17,000.00 |
| **International Core Co.** 12000 N Dale Mabry Hwy. Suite 264 Tampa, FL 33618 | | | Unliquidated | | | $0.00 |

Debtor  **Green Wizard Tire Recyclers, LLC**                                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Hagen & Constance Hagen Revocable Trust** **113 Lakeside Colony Drive** **Tarpon Springs, FL 34689** | | | | | | $25,000.00 |
| **LLAFS Ventures, Inc.** **c/o C2C Resources LLC** **56 Perimeter Center East** **Suite 100** **Atlanta, GA 30346** | | | | | | $25,070.00 |
| **Pawnee Leasing Corp.** **700 Centre Avenue** **Fort Collins, CO 80526** | | | | | | $34,134.40 |
| **PNC Bank** **2730 Liberty Avenue** **Pittsburgh, PA 15222** | | | | | | $49,503.13 |
| **Schneider National, Inc.** **c/o Ingold Law** **555 Main Street** **Buffalo, NY 14221** | | | | | | $5,239.00 |
| **State of Florida Dept. Environmental Prot.** **Attn. Kirk S. White, Esq.** **3900 Commonwealth Blvd.MS 35** **Tallahassee, FL 32399-3000** | | | | | | $9,000.00 |
| **USA Fence Company** **1209 44th Avenue E** **Bradenton, FL 34203** | | | | | | $1,295.00 |

Green Wizard Tire Recyclers, LLC
3433 Lithia Pinecrest Road
Valrico, FL 33596-6302

ENGS Commercial Finance
2441 Warrensville Road
Suite 310
Lisle, IL 60532

Schneider National, Inc.
c/o Ingold Law
555 Main Street
Buffalo, NY 14221

David W. Steen
David W. Steen, P. A.
2901 W. Busch Boulevard
Suite 311
Tampa, FL 33618

HERC Rentals Inc.
27500 Riverview Center Blvd
Bonita Springs, FL 34134

State of Florida
Dept. Environmental Prot.
Attn. Kirk S. White, Esq.
3900 Commonwealth Blvd.MS 35
Tallahassee, FL 32399-3000

Applied Industrial Tech.
9324 Florida Palm Drive
Tampa, FL 33619

Hertz Equipment Rental
P O Box 650280
Dallas, TX 75265

USA Fence Company
1209 44th Avenue E
Bradenton, FL 34203

BizCapital, Bidco I, LLC
909 Poydras Street
Suite 2239
New Orleans, LA 70112

International Core Co.
12000 N Dale Mabry Hwy.
Suite 264
Tampa, FL 33618

Walters Levine & Lozano
601 Bayshore Blvd.
Suite 720
Tampa, FL 33606

City of Tampa
315 Kennedy Boulevard
5th Floor
Tampa, FL 33602

James Hagen & Constance
Hagen Revocable Trust
113 Lakeside Colony Drive
Tarpon Springs, FL 34689

Code Enforcement
102 E 7th Avenue
Tampa, FL 33602

LLAFS Ventures, Inc.
c/o C2C Resources LLC
56 Perimeter Center East
Suite 100
Atlanta, GA 30346

Daniel A. Harris P A
13644 W Hillsborough Ave
Tampa, FL 33635

Pawnee Leasing Corp.
700 Centre Avenue
Fort Collins, CO 80526

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Emanuel & Zwiebel, PLLC
7900 Peters Road
Bldg. B, Suite 100
Fort Lauderdale, FL 33324

Robert S. Hoofman, Esq.
Rush, Marshall, Jones
PO Box 3146
Orlando, FL 32802-3146